

CHRISTOPHER T. BASILO
Associate

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4755 Fax: (973) 639-8326
cbasilo@gibbonslaw.com

December 15, 2011

**VIA ELECTRONIC FILING**

Magistrate Judge Karen M. Williams,
U.S.M.J.
Mitchell H. Cohen U.S. Courthouse
Room 2040
1 John F. Gerry Plaza
Post Office Box 849
Camden, New Jersey  08102-2040

    Re:  **Gravely v. Toyota Motor Corporation, et al.**
          **Civil Action No.:  10cv2609 (RBK)(KMW)**

Dear Judge Williams:

    As you are aware, this office represents Defendants Toyota Material Handling, U.S.A., Inc. and Toyota Industrial Equipment Mfg., Inc. in the above-referenced matter.  There is now pending before the Court the motion of Matthew Weisberg, Esq., to withdraw as counsel for the plaintiffs.

    As stated in Your Honor's December 13, 2011 Order, plaintiffs' in-person attendance is required at the withdrawal application now set for January 4th.  So that all parties' attendance at the hearing is productive and avoids yet another hearing on the future of this litigation, it is respectfully suggested that the Court should order that the plaintiffs appear at the hearing with either new counsel, a representation that they intend to proceed *pro se*, or a stated intention to allow dismissal of the action with prejudice.

    Should the plaintiffs wish to continue the action, either *pro se* or with the assistance of counsel, it is requested that plaintiffs should also be advised to come prepared to discuss a discovery schedule for this case.  To be sure, and despite this case being on the Court's docket since 2010, only the most minimal discovery in this case has occurred to date, and the critical aspects regarding depositions, product inspections and expert analysis all remain outstanding.

    If plaintiff does not come prepared to discuss the issues referenced above, there will be yet another hearing in this case where nothing substantive will have occurred and the parties and the Court have wasted time, effort and expense with nothing to show for it.

GIBBONS P.C.

December 15, 2011
Page 2

      If Your Honor would like to address this issue in a telephone conference, we are available at the Court's convenience to participate in such a conference and would be happy to orchestrate same. Otherwise, we would look forward to the Court's order requiring plaintiffs to come prepared to the hearing or be agreeable to dismissal of the litigation.

      Thank you for Your Honor's consideration of this request.

Very truly yours,

Christopher T. Basilo

cc:    Matthew B. Weinberg, Esq.
       Nicholas J. Sansone, Esq.
       (Via E-mail)

#1734757 v1
107416-69133